**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRODERICK HAMMONDS**                                        **PETITIONER**

**No. 3:26-cv-00178 DPM/PSH**

**CHRISTOPHER BUDNIK,**
**Arkansas Division of Correction**                           **RESPONDENT**

**ORDER**

On June 24, 2026, Broderick Hammonds ("Hammonds") filed this habeas corpus petition.  Doc. No. 1.  Hammonds has not, however, filed a Court approved application for leave to proceed *in forma pauperis* or submitted a filing fee.

IT IS THEREFORE ORDERED THAT Hammonds must submit either the $5.00 filing fee, or a properly completed *in forma pauperis* application, no later than thirty (30) days after the entry date of this order.  Hammonds' failure to comply with this order will result in the recommended dismissal of this action without prejudice.[1]

---

[1]Hammonds is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently.  A party appearing for himself/herself shall sign his/her

The Clerk is hereby directed to forward an *in forma pauperis* application to Hammonds.

DATED this 30th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

---

pleadings and state his/her address, zip code, and telephone number.  If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.