**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRODERICK HAMMONDS** **PETITIONER**

**No. 3:26-cv-00178 DPM/PSH**

**CHRISTOPHER BUDNIK,**
**Arkansas Division of Correction** **RESPONDENT**

# ORDER

On June 30, 2026, petitioner Broderick Hammonds ("Hammonds") was instructed to submit either the $5.00 filing fee, or a properly completed *in forma pauperis* application, within thirty days. Hammonds was notified that failure to comply with the Court's Order would result in the recommended dismissal of this action without prejudice.

Hammonds has not complied with the Court's Order, although he has submitted a notice (Doc. No. 5) indicating he is attempting to submit the filing fee. He is notified that he must submit either the $5.00 filing fee, or a properly completed *in forma pauperis* application, on or before September 15, 2026.

DATED this 25th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE