**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRODERICK HAMMONDS** **PETITIONER**

**No. 3:26-cv-00178 DPM/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction (ADC)** **RESPONDENT**

# ORDER

The respondent's motion for an extension of time (Doc. No. 10) is granted, and he is directed to submit his response on or before November 8, 2026.

IT IS SO ORDERED this 30th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE