**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRODERICK HAMMONDS** **PETITIONER**

**No. 3:26-cv-00178 DPM/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")** **RESPONDENT**

# ORDER

Respondent Dexter Payne ("Payne") has responded to the petition for writ of habeas corpus filed by Broderick Hammonds ("Hammonds"). Payne contends the claim is procedurally defaulted because it was not raised in state court and Hammonds has not submitted an excuse for this omission. Payne also states the claim is without merit. Hammonds may respond to these assertions, and should do so on or before December 21, 2026.

DATED this 18th day of November, 2026.

______________________________________
UNITED STATES MAGISTRATE JUDGE